Michelle H. Swann - 019819
SCHNEIDER & ONOFRY, P.C.
3101 N. Central Avenue, Suite 600
Phoenix, AZ  85012-2658
Telephone: (602) 200-1287
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
mswann@soarizonalaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>Upstate Host, LLC, a New Jersey limited liability company; and Tarrunumn Murad, an individual,<br><br>                Defendants. | No.<br><br>**SUMMONS** |

TO:     Tarrunumn Murad

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, whose name and address is:

1
2
3
4   Michelle Swann
    SCHNEIDER & ONOFRY, P.C.
    3101 N. Central Avenue, Suite 600
    Phoenix, AZ  85012
    (602) 200-1287

5   If you fail to respond, judgment by default will be entered against you for the
6   relief demanded in the complaint.  You also must file your answer or motion with the
7   Court.

    DATE: _____.

    BRIAN D. KARTH
    CLERK OF COURT

    **s/ Brian D. Karth, Clerk**

    By_____
        Deputy Clerk's Signature